Reversed and Remanded and Memorandum Opinion filed June 19, 2008








Reversed
and Remanded and Memorandum Opinion filed June 19, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00320-CV

____________

 

MEMORIAL HERMANN BAPTIST BEAUMONT
HOSPITAL, Appellant

 

V.

 

PATSY THOMAS, INDIVIDUALLY AND AS
INDEPENDENT EXECUTRIX OF THE ESTATE OF LESTER THOMAS, DECEASED AND ON BEHALF OF
ALL WRONGFUL DEATH BENEFICIARIES, and KIMBERLY RENEA WOOD,
Appellees

 



 

On Appeal from the 172nd District
Court

Jefferson County,
Texas

Trial Court Cause No.
A-170,875

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 30,
2008.

On June
10, 2008,  the parties filed a joint motion to reverse the judgment and
remand the cause to the trial court for rendition of judgment in accordance
with the parties= settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.








Accordingly,
the judgment is reversed and the cause remanded to the trial court for
rendition of judgment in accordance with the parties= settlement agreement.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed June
19, 2008.

Panel consists of Justices Yates, Anderson, and Brown.